UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JARED J. GROGAN,

        Plaintiff,

  -v-                                                No. 20-CV-3345-LTS-OTW

NEW YORK UNIVERSITY and NYU IN
ABU DHABI CORPORATION,

        Defendants.

-------------------------------------------------------x

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed Magistrate Judge Wang's March 24, 2021, Report and Recommendation (docket entry no. 10, the "Report"), which recommends that the Court dismiss Plaintiff's Complaint without prejudice for failure to prosecute under Federal Rule of Civil Procedure 4(m) and Federal Rule of Civil Procedure 41(b).  No party filed objections to the Report.

        When reviewing a Report and Recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(C) (Westlaw through P.L. 116-282).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." United States Sec. & Exch. Comm'n v. Collector's Coffee Inc., 451 F. Supp. 3d 294, 296 (S.D.N.Y. 2020) (citation omitted).

        The Court finds no error in Magistrate Judge Wang's thorough Report and, therefore, adopts the Report in its entirety.

Plaintiff's action is dismissed without prejudice, and the Clerk of Court is directed to close this case.

Chambers will mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: New York, New York
April 14, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy mailed to:**

Jared J. Grogan
3479 NE 163rd St
#102
North Miami Beach, FL 33160