UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JARED J. GROGAN,

       Plaintiff,

  -v-                                       No. 20-CV-3345-LTS-OTW

NEW YORK UNIVERSITY and NYU IN
ABU DHABI CORPORATION,

       Defendants.

-------------------------------------------------------x

## ORDER

The Court has received pro se Plaintiff's change of address form dated April 27, 2021 (docket entry no. 17), which attaches two pages of Plaintiff's medical records. Given those records' sensitive nature, the Court will restrict public access to those attachments; Plaintiff is advised to limit his filing of sensitive personal information to information that is necessary and relevant to this action.

The Clerk of Court is respectfully directed to (1) restrict access to docket entry nos. 17-1 and 17-2 to Plaintiff and Defendants, (2) update Plaintiff's address on the docket sheet to the address in his change of address form dated April 27, 2021 (including the apartment number #33), and (3) mail a copy of this Order, the Court's Order dated May 4, 2021 (docket entry no. 16), and the docket sheet to Plaintiff.

    SO ORDERED.

Dated: New York, New York
       May 11, 2021

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           Chief United States District Judge