**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JARED J. GROGAN,

                           Plaintiff,

          -against-

NEW YORK UNIVERSITY and NYU IN ABU DHABI CORPORATION,

                          Defendants.

------------------------------------------------------------x

20-CV-3345 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Initial Pretrial Conference is adjourned *sine die*. By **November 18, 2021**, the parties shall meet and confer and submit a joint letter (filed by Defendants) with a proposed schedule for (1) Plaintiff to file an amended complaint and (2) Defendants to file a motion to dismiss that complies with Judge Swain's Individual Practices. The joint letter shall indicate whether the parties request a referral to the Court-annexed Mediation Program or a Settlement Conference with the undersigned. If the parties request a Settlement Conference, the parties shall propose dates for a Pre-Settlement Conference Scheduling Call. Mr. Siddartha Rao, if retained by Plaintiff, shall file a Notice of Appearance by **November 18, 2021**. Defendants shall promptly serve a copy of this Order on Plaintiff and Mr. Rao, serve a copy of ECF 38 on Plaintiff, and file proof of service by **November 8, 2021**. The Clerk of Court is directed to close ECF 38.

      SO ORDERED.

                                                         *s/ Ona T. Wang*

Dated: November 4, 2021                          **Ona T. Wang**
       New York, New York                United States Magistrate Judge