**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JARED J. GROGAN,

                            Plaintiff,           20-CV-3345 (LTS) (OTW)

           -against-                    **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                            Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' joint letter dated **November 18, 2021** (ECF 41) and adopts the parties' proposed deadlines. Defendants shall mail a copy of this Order and ECF 41 to the *pro se* Plaintiff, email a copy of this Order to Mr. Rao, and file proof of service by **November 24, 2021**.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: November 22, 2021                      **Ona T. Wang**
       New York, New York                United States Magistrate Judge