**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JARED J. GROGAN,                                          :
                                                         :
                                    Plaintiff,            :        20-CV-3345 (LTS) (OTW)
                                                         :
                     -against-                           :        **ORDER**
                                                         :
NEW YORK UNIVERSITY and NYU IN ABU                       :
DHABI CORPORATION,                                       :
                                                         :
                                    Defendants.           :
                                                         :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge:**

       The Court has reviewed ECF 59. The parties' request to extend the mediation deadlines

is hereby **GRANTED**. The deadline to complete the mediation is extended to **August 12, 2022**.

The parties shall file a joint status letter within one week of the conclusion of the mediation,

and in no event later than **August 19, 2022**.

       **SO ORDERED.**


                                  *s/ Ona T. Wang*

Dated: May 16, 2022                                      **Ona T. Wang**
       New York, New York                              United States Magistrate Judge