UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JARED J. GROGAN,                                         :
                                                         :
                              Plaintiff,   :   20-CV-3345 (LTS) (OTW)
                                                         :
                -against-                             :
                                                         :   **ORDER**
NEW YORK UNIVERSITY and NYU IN ABU                       :
DHABI CORPORATION,                                       :
                                                         :
                         Defendants.  :
                                                         :
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Pre-Settlement Conference Scheduling Call in this matter on **Thursday, February 2, 2023 at 2:00 p.m.** The dial-in information is (866) 390-1828, access code 1582687.

Plaintiff is reminded that failure to attend the conference without good cause shown may result in another recommendation of dismissal for failure to prosecute. Defendants are directed to serve a copy of this Order to Plaintiff at his new address listed on the docket.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: January 6, 2023                                     **Ona T. Wang**
       New York, New York                      United States Magistrate Judge