UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JARED J. GROGAN,

                             Plaintiff,           20-CV-3345 (LTS) (OTW)

            -against-                     **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                            Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 84.

The Court will hold a Pre-Settlement Conference Scheduling Call in this matter on **Thursday, April 20, 2023 at 11:00 a.m.** The dial-in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff at the address listed on the docket.

**SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: March 6, 2023                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge