UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JARED J. GROGAN,

                      Plaintiff,         20-CV-3345 (LTS) (OTW)

       -against-                            **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Despite conducting multiple Pre-Settlement Conference Calls with the parties on February 2, 2023, April 20, 2023, and May 11, 2023, the Court was not able to resolve any issues in this case.

The parties are directed to file a joint status letter by **May 26, 2023**, informing the Court of proposed next steps in this case.

**SO ORDERED.**

Dated: May 12, 2023                  *s/ Ona T. Wang*
       New York, New York         **Ona T. Wang**
                                           United States Magistrate Judge