UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JARED J. GROGAN,

                                 Plaintiff,

              -against-

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                              Defendants.
------------------------------------------------------------x

20-CV-3345 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 90.

Plaintiff's deadline to respond to ECF 88, my Order directing the parties to propose next steps, is extended *nunc pro tunc* to **June 23, 2023**.

**SO ORDERED.**

Dated: June 5, 2023
       New York, New York

                _s/ Ona T. Wang_
                **Ona T. Wang**
                United States Magistrate Judge