**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JARED J. GROGAN,

                             Plaintiff,           20-CV-3345 (LTS) (OTW)

          -against-                               **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                            Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 92. Defendants are directed to respond to Plaintiff's letter by **Friday, July 7, 2023**.

      **SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: June 30, 2023                     **Ona T. Wang**
      New York, New York          United States Magistrate Judge