**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
JARED J. GROGAN,

                         Plaintiff,           20-CV-3345 (LTS) (OTW)

          -against-                 **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                        Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff's letter request for six weeks to file a "supplemental amendment" to his complaint. (ECF 92). As set forth in earlier orders, Plaintiff has, on numerous occasions, failed to comply with court orders or otherwise move his case along, resulting in the Court entering two orders to show cause. (*See* ECF Nos. 76 and 82). After conducting pre-settlement conference calls in March, April, and May 2023 during which the Court was not able to resolve any issues in this case, the Court directed the parties to file a joint status letter by May 26, 2023, proposing next steps in the case. (ECF 88). On May 26, 2023, Defendants submitted a letter without Plaintiff, noting that despite writing to Plaintiff twice for his additions to the letter, he failed to provide any response. (ECF 89). After the Court extended Plaintiff's deadline to respond to ECF 88 (*see* ECF 91), Plaintiff has finally proposed his next step. If Plaintiff wishes to supplement his complaint to add additional claims, he shall do so **no later than Friday, August 4, 2023**. Failure to timely file his supplemental complaint will result in ECF 48 being the only operative complaint.

In ECF 92, Plaintiff pointed to several medical issues as cause for his delay. Plaintiff is directed to file under seal a note from his doctor(s) attesting to the conditions he lists in his letter: "chronic and severe cardiac and neuroendocrine illness, as well as degenerative and severe orthopedic injury, with ongoing treatment and interruptions." (ECF 92).

Plaintiff is further directed to consider signing up for, and using, electronic filing, as he specifies that "[d]ue to delays in processing mail sent by USPS, anything less than six-weeks does not allow sufficient buffer for receipt and confirmation of Orders of the Court." (ECF 92). Whether he elects to use electronic filing or not, **Plaintiff must provide Defense counsel with an email and phone number where counsel may reach him, by Friday, August 4, 2023. Failure to do so may result in sanctions.**

Counsel for Defendants is directed to serve a copy of this Order on the *pro se* Plaintiff, via trackable means, and file proof of service of this Order on the docket.

SO ORDERED.

Dated: July 18, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

2