**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JARED J. GROGAN,                                            :
                                                            :
                           Plaintiff,                       :     20-CV-3345 (LTS) (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
NEW YORK UNIVERSITY and NYU IN ABU                          :
DHABI CORPORATION,                                          :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed *pro se* Plaintiff's letter (ECF 97), in which Plaintiff failed to comply with a single direction in my July 18, 2023 Order. (*See* ECF 95).

In my July 18 Order, I granted Plaintiff an extension until August 4, 2023, to supplement his complaint, and warned that failure to timely file his supplemental complaint would result in ECF 48 being the only operative complaint. (ECF 95). Nonetheless, Plaintiff filed a request for an extension together with a FedEx receipt apparently stamped August 4, 2023 at 8:04 p.m., saying that he would be supplementing "imminently." (ECF 97). Plaintiff now has until **Friday, September 15, 2023**, to **file** his supplement to his complaint. **There will be no further extensions**.

In the meantime, the parties are directed to meet and confer and discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Proposed Case Management Plan for *Pro Se* Cases, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, by **Friday, September 15, 2023**. If the parties

fail to file a joint Proposed Case Management Plan by Friday, September 15, 2023, the Court **will adopt** Defendants' proposed schedule. **Plaintiff is further cautioned that his extension until Friday, September 15, 2023, to supplement his complaint will in no way stay discovery.**

In my July 18 Order, Plaintiff was further directed to file, **under seal**, a note from his doctor(s) attesting to the conditions he listed in his last request for additional time. (*See* ECF 95; *see also* ECF 92). Instead, Plaintiff filed unsealed but redacted medical records that do not include any note from his doctor(s) explaining or attesting to his inability to litigate his case. (ECF 97). Plaintiff is once more directed to file, **under seal, no later than September 15, 2023**, an unredacted note or letter from his doctor(s) attesting to the medical conditions or diagnoses that prevent him from timely litigating this case.

Plaintiff was further directed to provide to Defendants an email and phone number where counsel may reach him and warned that failure to do so may result in sanctions. (ECF 95). It is not clear whether Plaintiff has provided this information to defense counsel. Accordingly, if he has not already done so, Plaintiff is directed to provide his email and phone number to defense counsel **no later than Wednesday, August 23, 2023**. Failure to provide defense counsel with this information by Wednesday, August 23, 2023, **will result in sanctions of $1 for each day he does not provide his contact information**.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff, via trackable means, and file proof of service of this Order on the docket.

SO ORDERED.

Dated: August 11, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge