**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JARED J. GROGAN,

                         Plaintiff,                    20-CV-3345 (LTS) (OTW)

            -against-                    **ORDER**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                       Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Earlier this summer, Plaintiff had requested to supplement his complaint. In a letter dated June 22, 2023, Plaintiff requested six weeks to file his "supplemental amended complaint." (ECF 92). I granted Plaintiff's request, giving him six weeks – until August 4 – to file a supplemental complaint. (*See* ECF 95). By letter dated August 4, 2023, Plaintiff sought an additional 30 days to file his supplemental complaint, attaching redacted medical statements and representing that he would file his supplemental materials "imminently." (ECF 97). I granted Plaintiff's request by giving him another six weeks to file his supplemental materials, to September 15, 2023. (ECF 99). This order also directed Plaintiff, again, "to file, **under seal**, a note from his doctor(s) attesting to the conditions he listed in his last request for additional time." *Id.* (emphasis in original).

Plaintiff filed additional documents on August 11, 2023 (ECF 100) and September 13, 2023 (ECF 102). The September 13 filing, ECF 102, raises several of Plaintiff's concerns about "serious procedural and administrative issues with respect to the process," (ECF 102 at 1), in

addition to seeking my recusal. Of immediate concern, however, ECF 102, is publicly filed and discusses confidential settlement conversations that the parties have had with the Court as well as discussing private medical issues that the Court had directed to be filed **under seal**.

Accordingly, the Clerk of Court is respectfully directed to seal ECF 102 so that it is visible to the Court and parties only.

Plaintiff is directed to file, **by September 29, 2023**, a redacted version of ECF 102 that redacts the private medical information and confidential settlement discussions. Defendant may, but is not required to, send to Chambers a proposed redaction as well, on the same timeline.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: September 15, 2023
      New York, New York

**Ona T. Wang**
United States Magistrate Judge