**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JARED J. GROGAN,

                Plaintiff,

            -against-

NEW YORK UNIVERSITY and NYU IN ABU DHABI CORPORATION,

                Defendants.
------------------------------------------------------------x

20-CV-3345 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendants' motion to seal, ECF 103, their motion to enforce settlement, ECF 104, is **GRANTED**.

*Pro se* Plaintiff has also filed a motion for my recusal, ECF 102, which he requests to be raised and addressed before any other matters. Defendants are directed to respond to the motion for recusal **by Friday, September 22, 2023**. There shall be no replies.

SO ORDERED.

Dated: September 15, 2023
       New York, New York

                      *s/ Ona T. Wang*
                      **Ona T. Wang**
                      United States Magistrate Judge