**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JARED J. GROGAN,                                            :
                                                            :
                            Plaintiff,                      :        20-CV-3345 (LTS) (OTW)
                                                            :
              -against-                                     :        ORDER
                                                            :
NEW YORK UNIVERSITY and NYU IN ABU                          :
DHABI CORPORATION,                                          :
                                                            :
                            Defendants.                     :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Embedded in Defendants' motion to enforce the settlement (ECF 114), is a request for a stay of discovery pending final resolution of the motion. Given that Defendants have yet to respond to Plaintiff's supplemental complaint, and discovery has not yet started (*see, e.g.*, ECF 111), the Court agrees that a stay of discovery would be appropriate.

The Court had previously directed Defendants to state, by February 7, 2024, whether they wish to supplement their answer in light of Plaintiff's supplement to his complaint. Because this date falls within Defendants' objection period to the motion to enforce settlement, an adjournment of this timeline would be appropriate as well.

Accordingly, Defendants' time to supplement their answer is **EXTENDED to March 15, 2024**, without prejudice to further extension if Judge Swain has not ruled on my Report and Recommendation. (ECF 117). Discovery is also **STAYED** pending Defendants' filing (if any) of a supplemental answer, and will not begin until March 15, 2024 or entry of a Fed. R. Civ. P. 26(f) report.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: January 31, 2024<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |