**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JARED J. GROGAN,

                      Plaintiff,          20-CV-3345 (LTS) (OTW)

      -against-            **AMENDED ORDER TO RESPOND**

NEW YORK UNIVERSITY and NYU IN ABU
DHABI CORPORATION,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 127 in which Defendants seek another extension of time in which to supplement their Answer to the operative complaint at ECF Nos. 48 and 100. (*See* ECF 112). Defendants' motion to enforce the settlement also remains pending.

Plaintiff's last filing in this case was made over a year ago, on September 13, 2023, when he sought my recusal. (ECF 102). This case has been at a standstill since then. Plaintiff's silence on both Defendants' motion to enforce the settlement and Defendants' requests for an extension of time to supplement their Answer to the Complaint has prevented this case from proceeding. Accordingly, Plaintiff is hereby directed to file a response articulating as follows:

1. Whether he agrees with or opposes a further extension of Defendants' time to supplement their Answer (*see* ECF 127); and

2. Whether he would like to accept the lump sum payment proposed by Defendants at the mediation, and identified in ECF 105-2 at page 4, in full settlement of his claims.

Plaintiff is directed to file his response by **October 18, 2024**. Failure to timely respond **shall** result in a recommendation that this action be dismissed for failure to prosecute.

Defendants' deadline to supplement their Answer is extended to **October 23, 2024**, without prejudice to further request for extension.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff, via trackable means, and file proof of service on the docket.

The Clerk of Court is respectfully directed to close ECF 127.

The Clerk of Court is respectfully requested to strike ECF 128, which was filed in error.

**SO ORDERED.**

Dated: September 19, 2024    *s/ Ona T. Wang*
New York, New York    **Ona T. Wang**
    United States Magistrate Judge