UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JARED J. GROGAN,

        Plaintiff,

  -v-                                                   No. 20-CV-3345-LTS-OTW

NEW YORK UNIVERSITY et al.,

        Defendants.

-------------------------------------------------------x

ORDER TO SHOW CAUSE

On December 19, 2024, Magistrate Judge Ona T. Wang issued a Report and Recommendation (docket entry no. 132 (the "Report")), recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

As detailed in Judge Wang's Report, aside from filing a notice of change of address on May 15, 2024 (docket entry no. 123), Plaintiff has not communicated with the Court since filing a motion for recusal on September 13, 2023 (docket entry no. 102). Among the notable lapses in communication are Plaintiff's failure to respond to Defendants' motion to enforce a settlement agreement, and, most recently, Plaintiff's failure to respond as directed to two orders entered by Judge Wang, both of which included a warning that failure to timely respond would result in Judge Wang's recommendation that this case be dismissed for failure to prosecute. (Report at 5-6.) Plaintiff also has not filed an objection or otherwise responded to Judge Wang's Report, issued nearly six weeks ago.

In light of Plaintiff's pro se status, the Court will afford Plaintiff a final opportunity to explain his lapse in prosecuting this case. By **February 13, 2025**, Plaintiff must

file a written declaration as to why this Court should not dismiss his case, with prejudice, for failure to prosecute, pursuant to Rule 41(b).

If Plaintiff fails to file such declaration, or fails to establish good cause for his failure to prosecute this case, the Court will dismiss this case with prejudice on **February 20, 2025**.

SO ORDERED.

Dated: New York, New York  
      January 29, 2025

    /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
Chief United States District Judge