**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JARED J. GROGAN,

                      Plaintiff,         20 **CIVIL** 3345 (LTS)(OTW)

-v-                                  **<u>JUDGMENT</u>**

NEW YORK UNIVERSITY et al.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 20, 2025, the Court adopts the Report in its entirety. Plaintiff's action is dismissed, with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 21, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**  _____
                                                             **Deputy Clerk**