UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JARED J. GROGAN,

       Plaintiff,

                                         No. 20-CV-3345-LTS

    -v-

NEW YORK UNIVERSITY ET AL.,

       Defendants.

--------------------------------------------------------x

### ORDER

       The Court has received several motions from Plaintiff Jared J. Grogan relating to the above-captioned matter.  (Docket entry nos. 139-43.)  This matter, however, was dismissed with prejudice by order dated February 20, 2025.  (Docket entry no. 137.)  Plaintiff's untimely filings do not present any facts, points of law, or circumstances warranting reconsideration or relief from the final judgment that was entered on February 21, 2025.  (Docket entry no. 138.)  To the extent that Plaintiff requests such relief, it is denied for the foregoing reasons and for the reasons articulated in docket entry nos. 137 and 132.  The Clerk of Court is respectfully directed to terminate docket entry nos. 139 and 140, and the Court will take no further action on any of Plaintiff's post-judgment filings.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below and note service on the docket.

SO ORDERED.

Dated: New York, New York
     April 2, 2026

    /s/ Laura Taylor Swain

    LAURA TAYLOR SWAIN
    Chief United States District Judge

Mail to:

Mr. Jared J. Grogan
513 West Panorama Rd. Apt. 47
Tucson, AZ 85704